# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 97-50604

---

ROBERT WALLACE WEST, JR.,

Plaintiff-Appellant,

versus

TEXAS BOARD OF PARDONS & PAROLES;
GARY JOHNSON, Director, Texas Department
of Criminal Justice, Institutional Division,

Defendants-Appellees.

_____

Appeal from the United States District Court
For the Southern District of Texas
(97-CA-571-JN)

July 29, 1997

On Appeal of Motion for Temporary Restraining Order
and On Motion for Stay of Execution

Before POLITZ, Chief Judge, JOLLY and JONES, Circuit Judges.

PER CURIAM:

The motion of Robert Wallace West, Jr. seeking a reversal of the order of the district court entered earlier this date which denied a temporary restraining order, preliminary injunction, and stay of execution, and granted the defendant's motion for summary judgment, and asking this court to issue a temporary restraining order and stay of execution is, for the reasons set forth in the said district court's order, DENIED.